UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOSE HARRIS WAY HOTEL LP,<br><br>        Defendant. | Case No. 20-cv-09412-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff filed this action on December 29, 2020. There is no indication that defendant has been served with the complaint and summons. Additionally, pursuant to General Order No. 56 and the Court's scheduling order (Dkt. No. 4), plaintiff's notice of need for mediation should have been filed no later than June 11, 2021. No such notice has been filed. Indeed, other than several clerk's notices filed by the Court, there has been little or no activity on this docket since plaintiff filed the complaint last December.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases.*" Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). By **July 16, 2021**, plaintiff shall file a statement in response to this order, showing cause why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 7, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge